No. 82–5575. KELL v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 82–5579. MATTHEWS v. UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied.

No. 82–5583. CUNNINGHAM v. NOVAK. Sup. Ct. Iowa. Certiorari denied.

No. 82–5608. FRAZIER v. WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 82–5619. BANCROFT v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 82–5623. BONUCHI v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 82–5624. CABRERA-MARTINEZ v. UNITED STATES; and
No. 82–5747. BAUTISTA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 684 F. 2d 1286.

No. 82–5633. KUNITAKE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 82–5668. SLOTNICK v. O'LONE, SUPERINTENDENT, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 82–5681. MINSHEW v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 82–5684. MARTIN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 82–5687. LINAM v. GRIFFIN, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.